**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**—BROWNSVILLE DIVISION—**

| | | |
|---|---|---|
| SYLVIA VASQUEZ, | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL NO. B-17-042 |
| | § | |
| BANK OF AMERICA, N.A. & | § | |
| PENNYMAC LOAN SERVICES, LLC, | § | |
|     Defendants. | § | |

# ORDER

On April 5, 2017, the United States Magistrate Judge filed a Report and Recommendation. [Doc. No. 15]. Plaintiff has objected to said Report and Recommendation. [Doc. No. 19].

Having considered *de novo* the Magistrate Judge's Report and Recommendation and the issues raised by Plaintiff's objections, the Court orders that the Magistrate Judge's Report and Recommendation is hereby adopted. Therefore, the motion for remand filed by Syliva Vasquez [Doc. No. 10] is denied. Defendants "W.D. Larew, Arnold Mendoza, Sandra Mendoza, Connie Medley, Joyce Trevino, Monty Medley, Evan Pess, Amy Bowman, Reid Ruple, Carol Evangelisti, Marcia Chapa, Martha Boeta, Frederick Britton, Kristopher Holub, or Jack Bunrs II, substitute trustee, c/o Barrett Daffin Frapper Turner & Engel, LLP," to the extent they ever were parties are dismissed from this case as having been improperly joined. The Court hereby refers the Plaintiff's Motion to Extend Deadlines [Doc. No. 20] back to the United States Magistrate Judge for consideration.

Signed this 1st day of May, 2017.

                                                      Andrew S. Hanen
                                                    United States District Judge