IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SYLVIA VASQUEZ, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL NO. B-17-042 |
| | § | |
| BANK OF AMERICA, N.A., ET AL., | § | |
| Defendants. | § | |

# ORDER

On December 15, 2017, the United States Magistrate Judge filed a Report and Recommendation [Doc. No. 47]. Plaintiff Sylvia Vasquez ("Vasquez") has objected to said Report and Recommendation. [Doc. No. 48] and Defendant PennyMac Loan Services, LLC ("PennyMac") has file its response [Doc. No. 49]

Having considered *de novo* the Magistrate Judge's Report and Recommendation and the issues raised by Plaintiff Vasquez' objections and the response by Defendant PennyMac, the Court orders that the Magistrate Judge's Report and Recommendation is hereby adopted. Plaintiff Vasquez' motion for leave to amend and motion for remand [Doc. No. 44] are denied. Defendant PennyMac and Bank of America, N.A.'s summary judgment is granted as to all claims made by Vasquez. A final judgment will be entered to that effect in a separate document.

Signed this 5th day of February, 2018.

Andrew S. Hanen
United States District Judge