United States District Court
Southern District of Texas
**ENTERED**
February 08, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SYLVIA VASQUEZ, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL NO. B-17-042 |
| | § | |
| BANK OF AMERICA, N.A., ET AL., | § | |
| Defendants. | § | |

## FINAL JUDGMENT

All parties and claims in this matter have been resolved by this Court's Order adopting the Report and Recommendation which was signed on February 5, 2018. In that order, this Court granted judgment in favor of PennyMac Loan Services, LLC and Bank of America, N.A. and ruled that Sylvia Vasquez take nothing. Therefore, this Court hereby orders that Plaintiff take nothing in this cause. This is a final judgment disposing of all issues and parties and the case should consequently be closed.

Signed this 7th day of February, 2018.

Andrew S. Hanen
United States District Judge